**J.C., Father of A.C., a Child, Appellant,**

v.

**DEPARTMENT OF CHILDREN AND FAMILIES, Appellees.**

**No. 5D16–1127.**

District Court of Appeal of Florida, Fifth District.

Aug. 29, 2016.

Ryan Thomas Truskoski, of Ryan Thomas Truskoski, P.A., Orlando, for Appellant.

Rosemarie Farrell, of Children Legal Services, Orlando, for Appellee, Department of Children and Families.

Sara E. Goldfarb, of Guardian Ad Litem Program, Sanford, for Appellee, Guardian ad Litem.

## ON CONCESSION OF ERROR

PER CURIAM.

Pursuant to Appellees' Concession of Error, we reverse the lower tribunal's Order of Adjudication with Findings of Fact after Dependency Trial, dated March 16, 2016, and remand to the lower tribunal for a new trial and any other proceedings in furtherance of the child's best interest.

REVERSED and REMANDED.

BERGER, WALLIS and LAMBERT, JJ., concur.